Kathryn Tassinari
Brent Wells
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '09 AUG 6 16:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

KATHY L. CARVER,                    )
                                    )
            Plaintiff,              )        Civil No. 08-6099-MO
    vs.                             )
                                    )        ORDER FOR PAYMENT OF
MICHAEL J. ASTRUE,                  )    ATTORNEY FEES AND COSTS PURSUANT
Commissioner, Social Security       )        TO EAJA AND 28 U.S.C. §1920
Administration ,                    )
                                    )
            Defendant.              )
_____)

After considering the stipulated Motion submitted by the parties herein for entry of an

order awarding plaintiff's attorney fees in the amount of $4,530.53 and costs in the amount of

$350.00, plaintiff's Motion for payment of fees and costs is hereby granted as full settlement of

any and all claims for attorney fees under EAJA and costs pursuant to 28 U.S.C. §1920.

Attorney fees and costs in the sum of $4,880.53 are awarded to plaintiff, payable to

plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

    IT IS SO ORDERED on this __6__ day of ___Aug.___, 2009.

                                        _____
                                        U.S. District Judge

PRESENTED BY:

By:  ___s/ Kathryn Tassinari_____
     Kathryn Tassinari, OSB #80115
     Harder, Wells, Baron & Manning, P.C.
     Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & COSTS